IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.

Dated: January 20, 2010

_____
**SARAH S. CURLEY**
U.S. Bankruptcy Judge

**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-28834/0005850998

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE:<br><br>Neil C. Hawkins and Lynn A. Hawkins<br>      Debtors.<br>_____<br>Wachovia Bank of Delaware<br>      Movant,<br>  vs.<br>Neil C. Hawkins and Lynn A. Hawkins, Debtors,<br>Lothar Goernitz, Trustee.<br><br>      Respondents. | No. 2:09-BK-27437-SSC<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #11) |

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated October 5, 2001 and recorded in the office of the Maricopa County Recorder wherein Wachovia Bank of Delaware is the current beneficiary and Neil C. Hawkins and Lynn A. Hawkins have an interest in, further described as:

> All that certain property situated in theCITY OF GLENDALE in the county of MARICOPA and state of ARIZONA and being described in a deed dated 06/13/1996 and recorded 06/26/1993 on instrument number 98-045991 among the land records of the county and state set forth above and referenced as follows: LOT 48, RANCHO MIRAGE ESTATES, BOOK 383, PAGE 45 Parcel ID Number: 231-09-297

IT IS FURTHER ORDERED that Movant may contact the Debtors by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____ day of _____, 2010.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT